IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00700-BNB

ETHAN F. BARELA,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

Plaintiff Ethan F. Barela initiated this action by filing *pro se* a letter to the Court complaining about the conditions of his confinement and apparently seeking judicial relief. In an order filed on April 7, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Barela to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Barela to file a Prisoner Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Barela was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Barela has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's April 7 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 20 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00700-BNB

Ethan F. Barela
Prisoner No. 101934
Buena Vista Corr. Facility
PO Box 2017 - North 2-W-6
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/28/8

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                              Deputy Clerk